# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION
JURY

DANNY WILLIAMS                         §
                                       §
                                       §
                                       §
VS.                                    §    **CIVIL NO. 5:08-CV-00131**
                                       §
                                       §
P.A.M. TRANSPORT, INC. AND             §
LISTER MCCOLLISTER                     §

## DEFENDANT'S STIPULATION OF EMPLOYMENT

Now comes P.A.M. TRANSPORT, INC. ("PAM"), a defendant in the above-styled and numbered cause, and files this stipulation and admission relating to the employment relationship between PAM and David McCollister ("McCollister").

A.    Stipulation Regarding Employment Relationship

1.    PAM purposefully, and voluntarily consents and stipulates that McCollister was acting as an employee of PAM on January 5, 2007, at the time of the accident made the basis of the above numbered styled and cause of action ("Incident in Question"). For purposes of this Stipulation, PAM agrees that the term "Employee" as used throughout this Stipulation, shall be defined pursuant to the Texas law as a "person in the service of another with the understanding, express or implied, that such other person has the right to direct the details of the work not merely the result to be accomplished."

2.    PAM purposefully, and voluntarily consents and stipulates that at the time of the Incident in Question McCollister was acting in the scope of his employment for

PAM.  For purposes of this stipulation, PAM agrees that an employee is "acting in the scope of his employment" if he is acting in furtherance of the business of his employer as defined by Texas law.

3.     Finally, PAM knowingly, purposefully, and voluntarily consents and stipulates that it is vicariously responsible for the acts and/or omissions, if any, of McCollister for the Incident in Question.

Respectfully submitted,

**THE ALVAREZ LAW FIRM, P.C.**
415 Shiloh Drive, Suite A
Laredo, Texas, 78045
(956) 722-6601
(956) 722-1527 (Fax)

By: _____
    **PATRICIA O. ALVAREZ**
    State Bar No. 0112885
    Federal ID No. 13473
    **JANET M. PAYNE**
    State Bar No. 24048717
    Federal ID No. 627245

    **ATTORNEYS FOR DEFENDANTS**