IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FELIX FRAZIER** § | |
| § | |
| **V.** § | **CASE NO. 6:19-CV-557-ADA-JCM** |
| § | |
| **U.S. XPRESS, INC.; U.S. XPRESS** § | |
| **ENTERPRISES, INC. and KERNEL** § | |
| **LLOYD REID** § | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Felix Frazier ("Plaintiff") respectfully moves to dismiss this suit with prejudice for the reason that Plaintiff and Defendants U.S. Xpress, Inc., U.S. Xpress Enterprises, Inc., and Kernel Lloyd Reid (collectively, "Defendants") have entered into an agreement in which all matters in controversy between Plaintiff and Defendants have been fully settled and compromised and there is no further need or occasion for the prosecution of this suit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Felix Frazier respectfully requests the Court sign an Order dismissing his claims against Defendants U.S. Xpress, Inc., U.S. Xpress Enterprises, Inc., and Kernel Lloyd Reid with prejudice and that all taxable costs of court associated with this case be paid by the party incurring the same.

Respectfully submitted,

BY: *s/ Jamal Alsaffar*
JAMAL K. ALSAFFAR
jalsaffar@nationaltriallaw.com
Texas State Bar #2402719
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB P.L.L.C.
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

MEGAN E. LOVELADY, *pro hac vice*
meg@loveladylawoffice.com
Texas State Bar #24093477
LOVELADY LAW OFFICE
11201 Native Texan Trail
Austin, TX 78735
(512) 904-0244 (o)
(512) 233-0747 (f)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been sent on the 16th day of December, 2020 per the US District Court rules, to all counsel of record in this case.

*s/Jamal Alsaffar*